UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yu Sun,<br><br>        Petitioner,<br><br>   -against-<br><br>Kristi Noem et al.,<br><br>        Respondents. | 25-CV-10635 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court orders that the case is hereby TRANSFERRED to the United States District Court for the District of New Jersey. 28 U.S.C. § 1404(a). The petition was filed at 11:08 EST on December 22, 2025. Dkt. 1. Sun left the Southern District of New York for the Delaney Hall Detention Facility in Newark, New Jersey on December 12, 2025, and does not appear to have returned to this district since that date. Dkt. 10. At the time the petition was filed, Sun was at Newark Airport awaiting a flight to Houston, Texas, but the flight did not take off until several hours after the petition as filed. *Id.* Venue is therefore proper in the district where the petitioner was physically located at the time the petition was filed, not the district where he was taken into custody (this district) nor the district where he is being held at the time of this order. *See Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025). None of the authorities cited by Sun provide an exception to that rule.

  The case is to be transferred IMMEDIATELY and the waiting period under Local Civil Rule 83.1 is waived.

  Petitioner may contact the District of New Jersey's clerk office at (973) 645-3730 (during business hours) or (833) 857-6682 (after hours). Information on the district's policy on Pro Hac Vice appearances for lawyers not admitted to the court's bar is available at: https://www.njd.uscourts.gov/pro-hac-vice. If petitioner encounters difficulties in reaching someone during the holiday, he should reach out to respondents' counsel, and with the Court's great thanks, hopefully counsel may be able to connect petitioner with someone at the New Jersey court or in the United States Attorney's Office who will be handling this case moving forward.

  SO ORDERED.

Dated: December 24, 2025
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge